Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi A. Ojeda
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:24-cr-00090-APG-BNW |
| Plaintiff, | ORDER GRANTING **Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |
| v. | |
| Sean Maurice Greer, | |
| Defendant. | |

Comes now, the Defendant Sean Maurice Greer, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Greer's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Greer seeks to file the financial affidavit under seal because it discloses his full financial information.

/ / /

/ / /

/ / /

For the reasons set forth above, Mr. Greer respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

DATED: May 7, 2025.

> Respectfully submitted,
> Rene L. Valladares
> Federal Public Defender
>
> By: /s/ *Heidi A. Ojeda*
> Heidi A. Ojeda
> Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: __May 8, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE